UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

FILED
SEP 02 2016
U.S. CLERK'S OFFICE
INDIANAPOLIS, INDIANA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Cause No. 1:16-cr- |
| ) | |
| DWAYNE S. PEAK, ) | **1 16-cr- 0183 SEB -DML** |
| ) | |
| Defendant. ) | |

### INFORMATION

The United States Attorney charges that:

From on or about the 24th day of July 2013 until on or about the 25th day of February 2015, in Madison County, in the Southern District of Indiana,

DWAYNE S. PEAK,

Defendant herein, did knowingly steal and knowingly convert to his own use, money of the United States Department of the Treasury (Treasury Department) in the amount of approximately $259,891.34; in that the said DWAYNE S. PEAK did receive funds from the Treasury Department in accounts he held at various financial institutions, which funds were fraudulent federal income tax refund payments, as the said DWAYNE S. PEAK then well knew. Following this receipt, the said DWAYNE S. PEAK withdrew said funds and converted them to his own use; in violation of Title 18 United States Code, Section 641.

_____
JOSH J. MINKLER
United States Attorney
Southern District of Indiana

STATE OF INDIANA      )
                      )   SS:
COUNTY OF MARION      )

James M. Warden, being first duly sworn, upon his oath deposes and says that he is an Assistant United States Attorney in and for the Southern District of Indiana, that he makes this affidavit for and on behalf of the United States of America, and that the allegations in the foregoing Information are true as he is informed and verily believes.

_____
James M. Warden
Assistant United States Attorney

Subscribed and sworn to before me, a notary public, on this ___ day of September, 2016.

_____
Guey Jen Yang
Notary Public

My Commission Expires: June 27, 2022

My County of Residence: Hendricks